391 A.2d 701

Commonwealth v. Sullivan, Appellant.

Argued March 13, 1978.   David K. James, III, Assistant Public Defender, for appellant;  Robert G. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.